# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 45882

STATE OF IDAHO,

      Plaintiff-Respondent,

v.

DAVID PATRICK SEBASTIAN,

      Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)

Filed: December 4, 2018

Karel A. Lehrman, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. Gene A. Petty, District Judge.

Judgment of conviction and aggregate, unified sentence of forty-five years, with a minimum period of confinement of twenty years, for one count of child enticement and ten counts of sexual exploitation of a child, affirmed.

Eric D. Fredericksen, State Appellate Public Defender; Sally J. Cooley, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and LORELLO, Judge

_____

PER CURIAM

David Patrick Sebastian pled guilty to one count of child enticement through use of the Internet and ten counts of sexual exploitation of a child. Idaho Code §§ 18-1509A, 18-1507(2)(a). The district court sentenced Sebastian to an aggregate, unified sentence of forty-five years with twenty years determinate. Sebastian appeals asserting that the district court abused its discretion by imposing excessive sentences.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

1

need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Sebastian's judgment of conviction and sentences are affirmed.